It is so Ordered 1/16/20. This matter is dismissed with prejudice.
s/John R. Adams
U.S. District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| MICAHEL BALLUCH, | ) |
|     Plaintiff, | ) CIVIL COMPLAINT<br>)<br>) |
| v. | )<br>) Case No. 5:19-cv-1843 |
| MIDLAND CREDIT MANAGEMENT, INC., | )<br>) **JUDGE JOHN R. ADAMS**<br>) |
|     Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Parties, which hereby stipulate pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) that this matter is DISMISSED WITH PREJUDICE as to all claims asserted by Plaintiff against Defendants in the Complaint. This stipulation is entered into by all parties.

Dated:  January 15, 2020

| | |
|---|---|
| /s/ Jonathan Hilton | /s/H. Tobsy Schisler |
| Jonathan Hilton (0095742) | H. Toby Schisler, II |
| HILTON PARKER LLC | Dinsmore & Shohl - Cincinnati |
| 10400 Blacklick-Eastern Rd NW, Suite 110 | Ste. 1900 255 East Fifth Street |
| Pickerington, OH 43147 | Cincinnati, OH 45202, USA |
| Tel: (614) 992-2277 | 513-977-8152 |
| Fax: (614) 427-5557 | Fax: 513-977-8141 |
| jhilton@hiltonparker.com | Email: Toby.Schisler@dinsmore.com |
| *Attorney for Plaintiff* | *Counsel for Defendant* |

### CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2020, I caused a true and correct copy of the foregoing to be served via the CM/ECF system, which will cause service on all parties.

By: s/ Jonathan Hilton